UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO, | No. 2:19-cv-1540 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. This action proceeds on plaintiff's complaint against defendants Barton, Negrete, and Scheurer, based on plaintiff's claims that on April 4, 2017, at Mule Creek State Prison, such defendants used excessive force for no legitimate penological reason against plaintiff, resulting in physical injuries and pain and suffering in violation of the Eighth Amendment.[1]  (ECF No. 5 at 3.)

      On April 23, 2020, the undersigned issued a discovery and scheduling order. On April 27, 2020, plaintiff filed a document styled, "Request for Leave to Lodge Case status Summary of Necessary and Material Information." (ECF No. 29.) In such request, plaintiff seeks such leave under Local Rule 135. (ECF No. 29 at 1.)

---

[1] Plaintiff consented to the dismissal of defendants Lizarraga, Bacca, and Lomeli, who were dismissed without prejudice from this action. (ECF Nos. 9, 10.)

1

1    Plaintiff is advised that Local Rule 135 governs the service of documents during the
2 action.  Id.  The rule does not provide for the filing of a case summary or for the lodging of
3 exhibits or evidence.  Plaintiff is advised that the court is not a repository for a party's evidence.
4 Rather, plaintiff must retain evidence until it is necessary to oppose a dispositive motion or for
5 trial.  At this time, discovery remains open, and no dispositive motion has yet been filed.
6 Therefore, plaintiff's request is denied.  The filing is held in the court file but disregarded.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1.  Plaintiff's request (ECF No. 29) is denied; and
9    2.  Plaintiff's April 27, 2020 filing (ECF No. 29) is retained in the court record but is
10 disregarded.
11 Dated:  May 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

delg1540.disr

2