IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH DELGADO,** | Case No. 2:19-cv-01540 KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **JOE A. LIZARRAGA, et al.,** | |
| Defendants. | |

Defendants have moved the Court for leave to file under seal for the duration of this litigation, pending further order, the proof of service to their suggestion of death and the address of Angelica Negrete.

Good cause appearing, IT IS HEREBY ORDERED that the request to seal (ECF No. 34) is granted. The Clerk is directed to file and keep the proof of service to defendants' suggestion of death and the address of Angelica Negrete under seal until further Court order.

Dated: May 22, 2020

/delg1540.sea

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE