UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO, | No. 2:19-cv-1540 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 20, 2020, counsel for defendants Barton and Scheurer filed a suggestion of death upon the record as to defendant Negrete. Plaintiff is advised that Rule 25(a)(1) of the Federal Rules of Civil Procedure provides that any motion for substitution must be made within ninety days after the suggestion of death notice was filed.

IT IS SO ORDERED.

Dated: June 3, 2020

/delg1540.death.def

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1