UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1540 KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to respond to defendants' discovery requests, as required under the December 1, 2020 order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1.  Plaintiff's motion for an extension of time (ECF No. 52) is granted; and

　　2.  Plaintiff is granted up to and including February 1, 2021, in which to submit his discovery responses to counsel for defendants.

Dated:  January 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/delg1540.eot.dsc.resp