UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>    Defendants. | No.  2:19-cv-1540 KJN P<br><br>ORDER AND REVISED SCHEDULING ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a motion for extension of time to respond to defendants' discovery requests, as required by the December 1, 2020 order.  Plaintiff shows good cause for the extension, requiring modification of the court's scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 56) is granted.

2. Plaintiff is granted up to and including April 1, 2021, in which to submit his discovery responses to counsel for defendants.  No further extensions will be granted.

3. The discovery deadline is extended to May 14, 2021.

4. The dispositive motions deadline is extended to August 13, 2021; in all other respects, the first discovery and scheduling order (ECF No. 28) remains in effect.

Dated:  February 10, 2021

/delg1540.eot.dsc.resp2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE