UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO,<br><br>      Plaintiff,<br><br>  v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>      Defendants. | No.  2:19-cv-1540 KJM KJN P<br><br>ORDER AND MODIFIED SCHEDULING ORDER |

Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff filed a motion for extension of time to file a pretrial statement.[1]  Plaintiff has shown good cause for extending the deadline to file his pretrial motion.  Given such extension, subsequent deadlines are also extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 61) is granted.

2. Plaintiff shall file his pretrial statement on or before January 4, 2022.

3. Defendants shall file their pretrial statement on or before February 4, 2022.

---

[1] Plaintiff did not sign his request. (ECF No. 61 at 4.)  However, the very next page is his proof of service, which he did sign.  Because the pretrial statement deadline is imminent the court will consider his request.  However, plaintiff is cautioned that Rule 11(a) requires that every document filed with the court by a pro se litigant must bear the party's signature.  Because plaintiff is not authorized to file documents electronically, he may not sign documents by using "/s/."  Rather, plaintiff must physically sign each document.

1     4. The pretrial conference, to be conducted on the papers, is continued to April 4, 2022.

2 Dated: November 1, 2021

```
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
```

/delg1540.36