UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>    Defendants. | No. 2:19-cv-1540 KJM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a pretrial statement. Good cause appearing, plaintiff's motion is granted. Plaintiff shall file his pretrial statement on or before February 4, 2022. In light of this extension, defendants' pretrial statement is now due March 4, 2022, and the pretrial conference, to be conducted on the papers, is continued to May 4, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 64) is granted;

2. Plaintiff shall file his pretrial statement on or before February 4, 2022;

3. Defendants' pretrial statement shall be filed on or before March 4, 2022; and

4. The pretrial conference, to be conducted on the papers, is continued to May 4, 2022.

Dated: January 5, 2022

delg1540.36(2)

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE