UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DELGADO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>    Defendants. | No.  2:19-cv-1540 KJM KJN P<br><br><br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, filed a second motion for extension of time to file a pretrial statement.  Good cause appearing, plaintiff's motion is granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff's motion for an extension of time (ECF No. 66) is granted;

       2.  Plaintiff shall file his pretrial statement on or before April 4, 2022;

       3.  Defendants' pretrial statement shall be filed on or before May 4, 2022; and

       4.  The pretrial conference, to be conducted on the papers, is continued to June 6, 2022.

Dated:  January 25, 2022

/delg1540.36.2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE